UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 01 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § | CRIMINAL NO. |
| VS | | |
| ASHLEY FRANCIS | | 16 CR 0390 |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about July 8, 2015 MP, within the Houston Division of the Southern District of Texas,

**ASHLEY FRANCIS,**

the defendant herein, being a United States Postal Service employee, did unlawfully embezzle the following thing which was contained in mail, which came into her possession, was entrusted to her, and intended to be conveyed and delivered by mail through the United States Postal Service: one ten-dollar value Target gift card.

In violation of Title 18, United States Code, Section 1709.

### COUNT TWO

On or about July 29, 2015 MP, within the Houston Division of the Southern District of Texas,

**ASHLEY FRANCIS,**

the defendant herein, being a United States Postal Service employee, did unlawfully embezzle the following thing which was contained in mail, which came into her possession, was entrusted to her, and intended to be conveyed and delivered by mail through the United States Postal Service:

one twenty-dollar value Target gift card.

In violation of Title 18, United State s Code, Section 1709

## COUNT THREE

On or about July 29, 2015, within the Houston Division of the Southern District of Texas,

## ASHLEY FRANCIS,

the defendant herein, being a United States Postal Service employee, did unlawfully embezzle the following thing which was contained in mail, which came into her possession, was entrusted to her, and intended to be conveyed and delivered by mail through the United States Postal Service: one twenty-dollar value Target gift card.

In violation of Title 18, United States Code, Section 1709

## COUNT FOUR

On or about August 13, 2015, within the Houston Division of the Southern District of Texas,

## ASHLEY FRANCIS,

the defendant herein, being a United States Postal Service employee, did embezzle the following things which were contained in mail, which came into her possession, were entrusted to her, and intended to be conveyed and delivered by mail through the United States Postal Service:

five United States of America twenty-dollar bills.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

By: _____
MEL PECHACEK
Assistant United States Attorney